IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SCOTT SCHELSINGER, M.D. and
KELLI SCHLESINGER, M.D.                                                                PETITIONERS

VS.                                    4:22-CV-00970-BRW

EMILY DEYMAZ                                                                           RESPONDANT

## ORDER

Petitioners' Expedited Petition to Enforce Subpoena, pursuant to 9 U.S.C. § 7, is GRANTED.

Accordingly, Respondent Emily DeYmaz must produce the documents requested by Arbitrator Hon. Christopher M. Skelly's subpoena within 14 days after being served with this Order. Failure to do so may result in a show cause hearing.

Petitioners are responsible for providing Ms. DeYmaz with a copy of this order.

This case is closed.

IT IS SO ORDERED this 7th day of October, 2022.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

1